IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, MARK ANTHONY LANDAVERDE,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK ANTHONY LANDAVERDE,  )<br>    Plaintiff,  )<br>  v.  )<br>CAROLYN W. COLVIN, Acting  )<br>Commissioner of Social Security,  )<br>    Defendant.  )<br>  ) | Case No.: CV 15-7886 RAO<br><br>ORDER<br>AWARDING EAJA FEES<br><br>ROZELLA A. OLIVER<br>UNITED STATES MAGISTRATE<br>JUDGE |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND ONE HUNDRED FIFTY DOLLARS ($6,150.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 23, 2016

                                                */s/ Rozella A. Oliver*
                                                ROZELLA A. OLIVER
                                                UNITED STATES MAGISTRATE JUDGE

FILED
CLERK, U.S. DISTRICT COURT
09/23/16
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY